IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SUPPRESSED**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 14-30156- NJR |
| vs. ) | |
| ) | Title 18 United States Code |
| OCTAVIUS THOMAS, ) | Sections 922(g)(1) and 924(d) |
| ) | |
| Defendant. ) | |
| ) | |

**INDICTMENT**

**FILED**

**AUG 2 0 2014**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

THE GRAND JURY CHARGES:

### COUNT 1

**(Felon in Possession of a Firearm)**

On or about August 5, 2014, in St. Clair County, within the Southern District of Illinois,

**OCTAVIUS THOMAS,**

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Second Degree Murder, in the Circuit Court of the Seventh Judicial Circuit, Sangamon County, Illinois, on May 13, 2002, in Case No. 01-CF-14, did knowingly possess, in or affecting commerce, a firearm, to wit: a .44 caliber Amadeo Rossi, revolver, model M 720, bearing serial number AB064082, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this indictment,

**OCTAVIUS THOMAS,**

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and any and all ammunition contained within the firearms or seized with the firearms and involved in or used in any knowing violation of 18 U.S.C. § 922(g)(1), including, but not limited to, the following:

.44 caliber Amadeo Rossi, revolver, model M 720, bearing serial number AB064082, and any and all ammunition contained within the pistol or seized with the pistol.

FOREPERSON

ALI SUMMERS
Assistant United States Attorney

STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: DETENTION