FILED

JAN - 6 2015

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 14-CR-30156-NJR ) ) |
| OCTAVIUS THOMAS, | ) ) |
| Defendant. | ) |

## STIPULATION OF FACTS

Comes now Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and Ali Summers, Assistant United States Attorney for said District, and herewith enters into the following Stipulation of Facts with the Defendant:

1. On August 5, 2014, a confidential informant working with the Bureau of Alcohol, Tobacco, Firearms and Explosives informed federal agents that the Defendant, Octavius Thomas, who was known to ATF as a convicted felon, had offered to sell the confidential informant a .44 caliber revolver in exchange for cash and a motorcycle owned by the confidential informant.

2. On that same day, ATF agents arranged for a controlled purchase of the firearm from the Defendant during which the Defendant sold a .44 caliber Amadeo Rossi revolver, model M 720 to the confidential informant in exchange for a motorcycle owned by the informant and $40 in United States currency. The entire purchase transaction was audio and video recorded by ATF.

3. Prior to August 5, 2014, the Defendant had been convicted of a crime that was punishable by a term of imprisonment of more than one year. Specifically, on May 13, 2002, the

Defendant was convicted of Second Degree Murder in the Circuit Court of the Seventh Judicial Circuit, Sangamon County, Illinois in case number 01-CF-14.

4. The firearm possessed by the Defendant, a .44 caliber Amadeo Rossi revolver, model M 720, bearing serial number AB064082 was manufactured in the Country of Brazil and therefore traveled in and affected foreign and interstate commerce to reach the State of Illinois prior to the Defendant's possession of it.

5. All of these events occurred in the Southern District of Illinois.

6. The Defendant agrees to forfeit the .44 caliber Amadeo Rossi revolver, model M 720, bearing serial number AB064082 and any and all ammunition contained within the pistol or seized with the pistol.

**SO STIPULATED:**

STEPHEN R. WIGGINTON
United States Attorney

_____
OCTAVIUS THOMAS
Defendant

_____
ALI SUMMERS
Assistant United States Attorney

_____
THOMAS GABEL
Attorney for Defendant

Date: 1-6-15

Date: 1.6.15